UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>v.<br><br>Roberto Farres Rodriguez<br>Miguel Goytizolo Delgado<br>a/k/a "Monkey"<br>Alaim Arechavaleta Perez<br>Jose Livan Rodriguez Espinoza<br>a/k/a "Pepon"<br>Lazaro Fernandez<br>Andres Gonzalez Acosta<br>Alexey Morales Valdes<br>Leduan Reyes<br>Julio Gutierrez<br>Julio Villavicencio Alvarez<br>Jose Ramon Soto Morales<br>Felix Martinez Lopez<br>Reinaldo Fabelo<br>Angel Dairan Martinez Delgado<br>Julio Cesar Santos Vargas<br>Yasmani Darias Oms<br>Ricardo Daniel Ortega Guerra<br>Humberto Medina Chamizo<br>Lester Davis Hernandez Miguez<br>Reyes G. Perez | Criminal No. 3:16-cr-00885-MGL<br><br>18 U.S.C. § 1028A(a)(1)<br>18 U.S.C. § 1349<br>18 U.S.C. § 1956(h)<br>18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c)<br><br><br>LUKE SHEALEY'S NOTICE OF APPEARANCE AS LOCAL COUNSEL FOR REYES G. PEREZ |

**TO: CLERK OF COURT AND ALL OTHER COUNSEL OF RECORD**

**BE ADVISED** that Luke Shealey (Shealey), who has a license to practice law in South Carolina and who is admitted to practice in this Court, hereby gives notice of his appearance as counsel to the Defendant, Reyes G, Perez. Shealey is appearing as local counsel for David Donet, who has been admitted pro hac vice

(*Signature page to follow*)

Respectfully Submitted,

s/LUKE A. SHEALEY
ATTORNEY ID # 11646
The Shealey Law Firm, LLC
2008 Lincoln Street
Columbia, SC 29201
Ph: (803) 929-0008
F: (888) 745-1381
Email address: Luke@shealeylaw.com